UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JON MINOTTI
Fed Reg. No. 25230-038
FCI CUMBERLAND
PO Box 1000
Cumberland, MD 21501-1000,

      Plaintiff,

v.

HARLEY G. LAPPIN, DIRECTOR,
FEDERAL BUREAU OF PRISONS     Civil No. _____
320 First Street, N.W.
Washington, D.C. 20534,

FEDERAL BUREAU OF PRISONS,
320 First Street, N.W.
Washington, D.C. 20534,

      Defendants.

**COMPLAINT**
(Declaratory Judgment and Injunctive Relief)

COMES NOW, Jon Minotti, by and through counsel, and for his cause of action alleges as follows:

1.     Plaintiff is a citizen of the United States and a resident of the State of Maryland.

2.     Defendant Harley G. Lappin, is the Director, Federal Bureau of Prisons, and as such operates the Bureau of Prisons (hereinafter the "BOP"), which is an agency of the United States government and has its principal office at 320 First St., NW., Washington, D.C. 20534.

3.  Defendant Bureau of Prisons (hereinafter "BOP") is an agency of the United States government and has its principal office at 320 First St., NW., Washington, D.C. 20534.

4.  This is a civil action arising under the laws and Constitution of the United States and this Court has jurisdiction for the complaint herein pursuant to 28 U.S.C. §1331, 28 U.S.C. §§2201 and 2202, 18 U.S.C. § 3626, and Fed. R. Civ.P. 65.

5.  Venue is proper in this District because both defendants are located here.

6.  Plaintiff has exhausted what administrative remedies were available to him and any further delay would deprive him of any effective remedy since, if his position is correct, he is entitled to immediate consideration for a sentence reduction pursuant to 18 U.S.C. § 3621(e).

## COUNT 1
### (Declaratory Judgment)

7.  Plaintiff incorporates herein the allegations set forth in paragraphs 1 through 6 above.

8.  Plaintiff incorporates herein the allegations set forth in the Kurtz Declaration he has submitted in support of his Motion for a Temporary Restraining Order, filed contemporaneously herewith.

9.  On July 13, 2006, plaintiff Minotti was sentenced in the District of Massachusetts to a term of 54 months incarceration. District Judge O'Toole, Jr., after a careful review of the Presentence Report, recommended to the Bureau of Prisons ("BOP") that plaintiff Minotti participate in the Bureau's Residential Drug Abuse Program ("RDAP") during his term of incarceration.

10. Minotti's conviction for violation of 18 U.S.C. § 924(c)(1)(A) (Possession of a Firearm in Furtherance of a Drug Trafficking Offense) was obtained pursuant to the "Pinkerton Theory" which was pronounced in *Pinkerton v. United States,* 328 U.S. 640 (1946) (holding a conspirator vicariously liable for reasonably foreseeable substantive offenses committed by other co-conspirators in furtherance of the conspiracy).

11. Minotti never used, possessed or carried a firearm. One of his coconspirators was a police officer and, under Pinkerton, it was presumed reasonably foreseeable that Minotti knew his officer/coconspirator would be carrying a firearm during the commission of the underlying drug trafficking crime.

12. On December 20, 2006, the BOP admitted plaintiff Minotti to a "cohort" of RDAP. Concurrently, Minotti was advised by the authorities at FPC Cumberland that he was ineligible for a § 3621(e) sentence reduction because his conviction pursuant to 18 U.S.C. § 924(c) (1) (A) is considered by the BOP to be a "crime of violence" in all cases.

13. Minotti timely attempted to have the 3621(e) ineligibility determination reversed by utilizing the BOP's Administrative Remedy Procedures. *See, Cumulative Administrative Remedy Requests and BOP Responses* (Exhibit 2). Minotti has exhausted his administrative remedies.

14. The BOP presently indicates, on its website, a projected release date for Minotti of September 8, 2009. Because all inmates who successfully complete RDAP are granted a six-month placement in a Residential Re-Entry Center ("RRC") - also known as a halfway house – Minotti is now projected to be released from FPC Cumberland and transferred to a RRC on or about March 8, 2009.

15.  If Minotti were found to be eligible for the one-year 18 U.S.C. §3621(e) sentence reduction, he would be transferred from FPC Cumberland to the RRC on or about March 8, 2008.

16.  It is the law in this Circuit that a substantive conviction for possession of a firearm under the <u>Pinkerton</u> doctrine, when a defendant does not actually or constructively possess the firearm, cannot be used to deprive that defendant of the benefits of the safety valve provisions of the Sentencing Guidelines.  Although the objectives of and the qualifications for consideration under the RDAP program are the same as the "safety valve" provisions of the Guidelines, the BOP used its own different standards to deprive plaintiff Minotti of the benefits of RDAP.

17.  As a result of defendants' failure to use the proper standards in deciding whether to place defendant in the RDAP program, plaintiff Minotti was denied a benefit for which he was otherwise eligible.

18.  Accordingly, the Bureau has determined improperly that plaintiff Minotti is ineligible for placement in the RDAP program pursuant to § 3621(e).

19.  Plaintiff will suffer irreparable harm because of this BOP policy of denying a sentence reduction to plaintiff based on imp[roper standards.

20.  If this Court does not grant a declaratory judgment declaring that BOP improperly denied plaintiff's entitlement to be enrolled in RDAP, he will be deprived of equal protection and due process of law and he will be irreparably harmed.

WHEREFORE, plaintiff requests that this Court issue a declaratory judgment declaring that BOP's denial of plaintiff's entitlement to placement in the RDAP program and a sentence reduction pursuant to the provisions of 18 U.S.C. § 3621(e) was improper

and granting injunctive relief to require BOP to consider his entitlement under the proper standards, restraining BOP from taking any retaliatory action, and granting plaintiff reimbursement of his attorney's fees, and providing such further relief as this Court deems just and equitable.

Respectfully submitted,

_____/S/_____
Brian W. Shaughnessy
DC No. 89946
913 M Street, N.W. Suite 101
Washington, DC 20001
(202) 842-1700

Attorney for Plaintiff
Jon Minotti

07-2006
JR

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Jon Minotti

Cumberland, MD

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Harley G. Lappin
Federal Bureau of Prisons

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Brian Shaughnessy
913 M Street NW Suite 101
Washington, DC 20005
(202) 842 1700

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-02006
Assigned To : Robertson, James
Assign. Date : 11/6/2007
Description: TRO/PI

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ● 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ● D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☑ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(4)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Cou[rt]* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1331, 28 USC 2201 and 2202, 18 USC 3626, Fed R. Civ.P. 65, TRO to compel consideration under RDAP

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in comp[laint]
JURY DEMAND:  YES ☐  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 11/6/07    SIGNATURE OF ATTORNEY OF RECORD /s/ [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed Listed below are tips for completing the civil cover sheet These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D C., and 99999 if plaintiff is outside the United States

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form