UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JON MINOTTI<br>Fed Reg. No. 25230-038<br>FCI CUMBERLAND<br>PO Box 1000<br>Cumberland, MD 21501-1000,<br><br>   Plaintiff,<br><br>   v.<br><br>HARLEY G. LAPPIN, DIRECTOR,<br>FEDERAL BUREAU OF PRISONS<br>320 First Street, N.W.<br>Washington, D.C. 20534,<br><br>FEDERAL BUREAU OF PRISONS,<br>320 First Street, N.W.<br>Washington, D.C. 20534,<br><br>   Defendants. | Civil No. _____ |

## MOTION FOR PRELIMINARY INJUNCTION

COMES NOW plaintiff Jon Minotti, by and through counsel, and respectfully moves this Court to issue a preliminary injunction pursuant to Rule 65(b) of the Federal Rules of Civil Procedure against defendant Bureau of Prisons and defendant Lappin. As grounds therefore, plaintiff incorporates by reference his Memorandum in Support of a Temporary Restraining Order and the Declaration.

**WHEREFORE,** plaintiff requests that this Court enter an order preliminarily and permanently enjoining defendants from depriving Minotti of eligibility for placement in and sentence reduction under RDAP unless it finds that Minotti actually or constructively possessed a weapon during the commission of the offense of conviction without relying

2

on the <u>Pinkerton</u> conspiracy theory, and enjoining the BOP from taking any retaliatory action as a result of the Court's order.

Plaintiff requests that bond be waived or set in a <u>de minimus</u> amount.

Respectfully submitted,

_____/S/_____
Brian W. Shaughnessy, DC 89946
913 M Street, N.W.
Suite 101
Washington, D.C. 20001
(202) 842-1700

Attorney for Plaintiff
Jon Minotti

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JON MINOTTI
Fed Reg. No. 25230-038
FCI CUMBERLAND
PO Box 1000
Cumberland, MD 21501-1000,

   Plaintiff,

  v.

HARLEY G. LAPPIN, DIRECTOR,
FEDERAL BUREAU OF PRISONS
320 First Street, N.W.
Washington, D.C. 20534,

FEDERAL BUREAU OF PRISONS,
320 First Street, N.W.
Washington, D.C. 20534,

   Defendants.

Civil No. _____

## MEMORANDUM IN SUPPORT OF PRELIMINARY INJUNCTION

Jon Minotti, by and through counsel, in support of his Motion for a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65, enjoining defendants from depriving Minotti of eligibility for placement in and sentence reduction under RDAP unless it finds that Minotti actually or constructively possessed a weapon during the commission of the offense of conviction without relying on the Pinkerton conspiracy theory, and enjoining the BOP from taking any retaliatory action as a result of the Court's order, relies on his Memorandum in Support of Motion for a Temporary Restraining Order and the Declaration of Paul Kurtz filed herewith and incorporated by reference herein.

2

Respectfully submitted,

_____/S/_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff
Jon Minotti

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JON MINOTTI<br>Fed Reg. No. 25230-038<br>FCI CUMBERLAND<br>PO Box 1000<br>Cumberland, MD 21501-1000,<br><br>        Plaintiff,<br><br>        v.<br><br>HARLEY G. LAPPIN, DIRECTOR,<br>FEDERAL BUREAU OF PRISONS<br>320 First Street, N.W.<br>Washington, D.C. 20534,<br><br>FEDERAL BUREAU OF PRISONS,<br>320 First Street, N.W.<br>Washington, D.C. 20534,<br><br>        Defendants. | Civil No. _____ |

**PRELIMINARY INJUNCTION**

Upon consideration of plaintiff Jon Minotti's Motion for a Preliminary Injunction, any response thereto and the entire record herein, it is this \_\_\_ day of November 2007, and the Court having found that:

1. Plaintiff will suffer irreparable harm and loss if defendants are not enjoined from depriving Minotti of eligibility for placement in and sentence reduction under RDAP unless it finds that Minotti actually or constructively possessed a weapon during the commission of the offense of conviction without relying on the Pinkerton conspiracy theory, and the BOP is not enjoined from taking any retaliatory action as a result of the Court's order;

2.      Plaintiff has no adequate remedy at law;

3.      Greater injury will be inflicted upon plaintiff by the denial of preliminary injunctive relief than would be inflicted upon defendant by the granting of such relief; and,

4.      The public interest favors the issuance of this order; it is this _____ day of November 2007,

**ORDERED** that defendants are preliminarily enjoined, directly or indirectly, and whether alone or in concert with others, including any officer, agent, representative and/or employee of defendant until hearing and thereafter until further Order of this Court from depriving Minotti of eligibility for placement in and sentence reduction under RDAP unless it finds that Minotti actually or constructively possessed a weapon during the commission of the offense of conviction without relying on the <u>Pinkerton</u> conspiracy theory, and from taking any retaliatory action as a result of the Court's order; and it is further

**ORDERED** that this Order shall remain in force and effect until such time as this Court specifically orders otherwise.

_____
DISTRICT JUDGE


Copies to:

| | |
|---|---|
| Brian Shaughnessy<br>SHAUGHNESSY,<br>VOLZER & GAGNER, P.C.<br>913 M Street, N.W.<br>Suite 101<br>Washington, D.C.  20005 | U.S. Attorney for the District of Columbia<br>U.S. Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C.  20001 |

2