UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JON MINOTTI,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendants.

Civil No. 1:07-cv-02006

**AFFIDAVIT OF SERVICE**

    I, Jennifer Kimmel, declare that I personally served a copy of the summons and complaint on each of the four defendants in this case on November 9, 2007. Attached hereto are the Returns of Service for each defendant.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2007
Washington, D.C.

                                                                                */s/ Jennifer E. Kimmel*
                                                                                Jennifer Kimmel

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jon Minotti

**SUMMONS IN A CIVIL CASE**

V.

Haley Lappin, ET AL

Case: 1:07-cv-02006
Assigned To : Robertson, James
Assign. Date : 11/6/2007
Description: TRO/PI

TO: (Name and address of Defendant)

Attorney General of U.S.
9th & Pennsylvania NW
Washington DC 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian Shaughnessy
913 M St NW
Washington DC 20001
202-842-1700

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        NOV - 6 2007
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9 NOVEMBER 2007 |
| NAME OF SERVER (PRINT) JENNIFER KIMMEL | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 9th & Pennsylvania NW Washington DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Gen Clerk W.T. Lee / DOJ Main Bld, Mail RM BLL/200

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $25.00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/1/07
Date

Signature of Server: Jennifer E K_____

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jon Minotti

**SUMMONS IN A CIVIL CASE**

V.

Lappin Director, ETAL

Case: 1:07-cv-02006
Assigned To : Robertson, James
Assign. Date : 11/6/2007
Description: TRO/PI

TO: (Name and address of Defendant)

Federal Bureau of Prisons
320 1st St NW
Washington DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian Shaughnessy
913 M St NW
Washington DC 20001
202 842 1700

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Accepted on behalf of the Federal Bureau of Prisons or other named official in his/her official capacity only.

Marli Kenny
Date 11/9/07   Signed

NANCY MAYER-WHITTINGTON      NOV - 6 2007
CLERK                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9 NOVEMBER 2007 |
| NAME OF SERVER (PRINT)  JENNIFER KIMMEL | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 320 1st St. NW WASHINGTON DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $25.00 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/9/07
            Date            Signature of Server

1221 MASSACHUSETTS NW #521
WASHINGTON, DC 2005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jon Minotti

**SUMMONS IN A CIVIL CASE**

V.

Harley Lappin Director, ETAL

Case: 1:07-cv-02006
Assigned To : Robertson, James
Assign. Date : 11/6/2007
Description: TRO/PI

TO: (Name and address of Defendant)

Harley Lappin
Federal Bureau of Prisons
320 1st St. NW Wash DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian W. Shaughnessy
913 M St NW
Washington DC 20001
202 842 1700

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Accepted on behalf of the Federal Bureau of Prisons of the named official in his/her official capacity only.

Date 11/9/07   Signed [signature]

NANCY MAYER-WHITTINGTON        NOV - 6 2007
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9 NOVEMBER 2007 |
| NAME OF SERVER (PRINT)  JENNIFER KIMMEL | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 320 1st St NW WASHINGTON DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $25.00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9 Nov 07
              Date

Signature of Server: Jennifer Kimmel

Address of Server: 1221 Massachusetts Ave NW #521, Washington DC 2005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jon Minotti

**SUMMONS IN A CIVIL CASE**

V.

Director Harley Lappin, ETAL

Case: 1:07-cv-02006
Assigned To : Robertson, James
Assign. Date : 11/6/2007
Description: TRO/PI

TO: (Name and address of Defendant)

US Attorney for DC
555 4th St NW
Washington DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian W Shaughn
913 M St NW
Washington DC 20001
202 842 1700

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          NOV - 6 2007
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 9 NOVEMBER 2007 |
| NAME OF SERVER *(PRINT)* JENNIFER E KIMMEL | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 501 3rd street NW Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Lakesha Carroll, docket clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $25.00 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9 NOV. 07        *Jennifer E K[immel]*
                Date                    Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.