UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JON MINOTTI,<br><br>        Plaintiff,<br><br>v.<br><br>HARLEY G. LAPPIN, DIRECTOR,<br>Federal Bureau of Prisons, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  Case Number:  1:07CV02006(JR)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: November 9, 2007           Respectfully submitted,

          /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of November 2007, I caused the foregoing Notice to be filed via the Court's Electronic Case Filing system or, should I receive notice that ECF service failed, by first-class mail, postage prepaid, addressed as follows:

Brian W Shaugnessy
913 M Street NW, Suite 101
Washington, DC 20001

                                              /s/   *Robin M. Meriweather*
                                      ROBIN M. MERIWEATHER, D.C. Bar # 490114