UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JON MINOTTI,                          :
                                      :
        Plaintiff,                    :
                                      :
    v.                                :  Civil Action No. 07-2006 (JR)
                                      :
HARLEY G. LAPPIN, Director,           :
Federal Bureau of Prisons, *et        :
al.*,                                 :
                                      :
        Defendants.                   :

### ORDER

The application for temporary restraining order that has been presented in this case does not demonstrate an immediate threat of irreparable injury that would warrant holding an *ex parte* or emergency hearing, and indeed plaintiff has not endorsed upon his motion for preliminary injunction the request for expedited hearing authorized by Local Civil Rule 65.1(d).  The application for temporary restraining order [2] is **denied**.  The motion for preliminary injunction is set for hearing on **December 12, 2007 at 10:00 a.m.**  The Court anticipates that the government's response to the complaint will be a dispositive motion.  If such a motion is filed, it should be filed in advance of the date set for hearing of the preliminary injunction, and consideration will be given at that time to advancing the matter

to a hearing on the merits pursuant to Rule 65.  It is **SO ORDERED.**

                                        JAMES ROBERTSON
                                 United States District Judge