UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JON MINOTTI, ) | |
| ) | |
| ) | Civil Action No.: 07-2006 (JR) |
| Plaintiff ) | |
| v. ) | |
| ) | |
| HARLEY G. LAPPIN, Director, ) | |
| FEDERAL BUREAU OF PRISONS ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney Robin Michelle Meriweather as counsel for Defendant in the above-captioned case.

                                    /s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2007, I caused the foregoing Praecipe to be served on the plaintiff's attorney, via the court's Electronic Case Filing System (ECF).

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov