UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JON MINOTTI,<br><br>      Plaintiff<br><br>      v.<br><br>HARLEY G. LAPPIN, Director<br>Federal Bureau of Prisons, et al.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2006 (JR)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Harley G. Lappin, Director of the Federal Bureau of Prisons, respectfully requests an enlargement of time to and including January 29, 2008, to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. In support of this motion, Defendants state the following:

1. Defendant's reply is currently due on January 22, 2008.

2. The additional time is needed to enable the undersigned to conclude discussions with Agency Counsel regarding issues that are pertinent to Defendant's response.

3. Counsel for plaintiff has consented to this motion.

WHEREFORE, Defendant requests that this enlargement be granted. A minute order is requested.

January 22, 2008        Respectfully submitted,

                 _/s/_____
                 JEFFREY A. TAYLOR, D.C. BAR # 498610
                 United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of January 2008, I caused the foregoing Defendant's Motion to Enlarge Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss to be served on Plaintiff's attorney, Brian W. Shaughnessy, via the Court's Electronic Case Filing system.

\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)