UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JON MINOTTI, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 07-2006 (JR)<br>HARLEY G. LAPPIN, DIRECTOR, )<br>FEDERAL BUREAU OF PRISONS, et al.)<br>)<br>  Defendants. )<br>) | |

### OPPOSITION TO SUPPLEMENTAL MEMORANDUM, DKT 13

Plaintiff's reliance on his own and the sentencing judge's characterization of his offense displays a fundamental misunderstanding of the governing legal principle in this case. With regard to whether Plaintiff is entitled to participation in the Residential Drug Abuse Program, the Supreme Court has held that that determination is committed to the broad discretion of the Director of Bureau of Prisons only not Plaintiff's or the sentencing judge's. *Lopez v. Davis*, 531 U.S. 230 (2001).

March 12, 2008    Respectfully submitted,

  _/s/_____
  JEFFREY A. TAYLOR, D.C. BAR # 498610
  United States Attorney

   _/s/_____
  RUDOLPH CONTRERAS, D.C. BAR # 434122
  Assistant United States Attorney

   _/s/_____
  KENNETH ADEBONOJO
  Assistant United States Attorney
  Judiciary Center Building
  555 4th Street, N.W. – Civil Division

                Washington, D.C.  20530
                (202) 514-7157
                (202) 514-8780 (facsimile)
                kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 12th day of March 2008, I caused the foregoing Defendants' Opposition to Plaintiff's Supplemental Memorandum to be served on Plaintiff's attorney, Brian W. Shaughnessy, via the Court's Electronic Case Filing system.

                                         _/s/_____
                                         KENNETH ADEBONOJO
                                         Assistant United States Attorney
                                         Judiciary Center Building
                                         555 4th Street, N.W. – Civil Division
                                         Washington, D.C.  20530
                                         (202) 514-7157
                                         (202) 514-8780 (facsimile)