## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JON MINOTTI,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| | ) **Civil Action No. 07-2006 (JR)** |
| **v.** | ) **(ECF)** |
| | ) |
| **HARLEY G. LAPPIN, Director** | ) |
| **Federal Bureau of Prisons, et al.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED SUPPLEMENTAL MEMORANDUM

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Harley G. Lappin, Director of the Federal Bureau of Prisons, respectfully requests an enlargement of time to and including May 2, 2008, to file a response to Plaintiff's amended supplemental memorandum. In support of this motion, Defendants state the following:

1.      This matter was fully briefed as of January 29, 2008, when Defendant filed their reply in support of Motion to Dismiss.

2.      Nevertheless, since then, Plaintiff has filed a supplemental memorandum and an amendment to the supplemental memorandum.

3.      In addition, just today, Plaintiff faxed over to Defendant a document that purportedly reflects a modification to the governing statute in this matter. The parties also discussed the purported amendment and Defendant is due to consult with the Agency and report back to Plaintiff.

4.      In light of Plaintiff's unwarranted and continued supplemental briefing and the submission of the purported statutory amendment, Defendant seeks the additional time in order to confer with the Agency and prepare a response to Plaintiff's amended supplement should one be deemed necessary.

5.      Pursuant to LCvR 7(h), the undersigned sought to obtain Plaintiff's consent to this motion but was unable to contact counsel at this office.

WHEREFORE, Defendant respectfully requests that this enlargement be granted.  A minute order is requested.

April 22, 2008                                    Respectfully submitted,


_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of April 2008, I caused the foregoing Defendant's Motion to Enlarge Time to File a Response to Plaintiff's Amended Supplemental Memorandum to be served on Plaintiff's attorney, Brian W. Shaughnessy, via the Court's Electronic Case Filing system.

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)