### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JON MINOTTI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-2006 (JR) |
| HARLEY G. LAPPIN, Director, Federal Bureau of Prisons, *et al.*, | : |
| Defendants. | : |

### ORDER

For the reasons stated in the accompanying memorandum, Minotti's case is **TRANSFERRED** to the District of Maryland.

JAMES ROBERTSON
United States District Judge